# MANDATE

S.D.N.Y. - N.Y.C.
07-cv-7239
Wood, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th   day of December , two thousand seven,

Present:

  Hon. Rosemary S. Pooler,
  Hon. Robert D. Sack,
  Hon. Sonia Sotomayor,
      *Circuit Judges.*



---

Sylvia Hines,

  *Petitioner,*

  v.                                      07-3611-op

Ada Perez,

  *Respondent.*

---

Petitioner, *pro se*, moves for an order authorizing the United States District Court for the Southern District of New York to consider a second or successive 28 U.S.C. § 2254 petition, and for *in forma pauperis* status. Upon due consideration, it is hereby ORDERED that the motion for authorization to proceed with a § 2254 petition is DENIED for failure to meet the requirements of 28 U.S.C. § 2244(b). It is further ORDERED that petitioner's motion to proceed *in forma pauperis* is

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Gislaine Philip*
  Deputy Clerk

ISSUED AS MANDATE: JAN 2 3 2008

DENIED as moot because no filing fee is required in this Court for an application for leave to file a second or successive habeas petition.  *See Liriano v. United States*, 95 F.3d 119, 123 (2d Cir. 1996).


FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th   day of December , two thousand seven,

Present:

   Hon. Rosemary S. Pooler,
   Hon. Robert D. Sack,
   Hon. Sonia Sotomayor,
                    *Circuit Judges.*



---

Sylvia Hines,

                    *Petitioner,*

       v.                                    07-3611-op

Ada Perez,

                    *Respondent.*

---

Petitioner, *pro se,* moves for an order authorizing the United States District Court for the Southern District of New York to consider a second or successive 28 U.S.C. § 2254 petition, and for *in forma pauperis* status. Upon due consideration, it is hereby ORDERED that the motion for authorization to proceed with a § 2254 petition is DENIED for failure to meet the requirements of 28 U.S.C. § 2244(b). It is further ORDERED that  petitioner's motion to proceed *in forma pauperis* is

THE MANDATE CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
SAO-JS   ( ) ORDER
   RECEIVED BY:_____DATE_____

DENIED as moot because no filing fee is required in this Court for an application for leave to file a second or successive habeas petition.  *See Liriano v. United States*, 95 F.3d 119, 123 (2d Cir. 1996).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: